

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00533-CR

Symon Taylor **LOYD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR3322W
Honorable Joey Contreras, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED March 13, 2019.

_____
Irene Rios, Justice